RECEIVED
IN LAKE CHARLES, LA

AUG 15 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARION GORE AND LUCILLE GORE | : | DOCKET NO. 2:06-cv-2054 |
| VS. | : | JUDGE MINALDI |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the plaintiffs' Motion to Remand [doc. #10] be DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___14___ day of ___August___ 2007.

PATRICIA MINALDI